AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Families for Freedom, and John Doe

V.

U.S. Immigration and Customs Enforcement

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 5566

TO: (Name and address of Defendant)

U.S. Immigration and Custom Enforcement Agency, by
Michael J. Garcia
United States Attorney for the
  Southern District of New York
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Markowitz, Esq
Assistant Clinical Professor of Law
Cardozo Immigration Justice Clinic
Cardozo School of Law
55 Fifth Avenue
New York, NY 10003
Tel: 212-790-0340

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 20 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/23/08 |
| NAME OF SERVER (PRINT) | TITLE |
| Peter Markowitz | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By certified mail pursuant to FRCP 4(i)(1)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/08
                   Date           Signature of Server

                                  55 5th Ave, NY, NY 10003
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Families for Freedom, and John Doe

V.

U.S. Immigration and Customs Enforcement

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
425 I Street, N.W.
Washington, D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Markowitz, Esq
Assistant Clinical Professor of Law
Cardozo Immigration Justice Clinic
Cardozo School of Law
55 Fifth Avenue
New York, NY 10003
Tel: 212-790-0340

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                         JUN 2 0 2008

CLERK                                      DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/23/08 |
| NAME OF SERVER (PRINT) Peter Markowitz | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Certified mail pursuant to FRCP 4(i)(1)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/23/08
*Date*

*Signature of Server*

55 5th Avenue, NY, NY 10003
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Families for Freedom, and John Doe

V.

U.S. Immigration and Customs Enforcement

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5566

TO: (Name and address of Defendant)

U.S. Immigration and Custom Enforcement Agency, by
Michael Mukasey
United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washinton, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter L. Markowitz, Esq
Assistant Clinical Professor of Law
Cardozo Immigration Justice Clinic
Cardozo School of Law
55 Fifth Avenue
New York, NY 10003
Tel: 212-790-0340

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JUN 20 2008

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/23/08 |
|---|---|
| NAME OF SERVER *(PRINT)* Peter Markowitz | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By certified mail pursuant to FRCP 4(i)(1)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/08
             *Date*         *Signature of Server*

55 5th Avenue, NY, NY 10003
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

**PETER L. MARKOWITZ**
**ASSISTANT CLINICAL PROFESSOR**
Director, Immigration Justice Clinic

212.790.0340
FAX 212.790.0256
E-MAIL pmarkowi@yu.edu

June 23, 2008

United States District Court for the
  Southern District of New York
Clerk's Office
500 Pearl Street
New York, New York 10007-1312

    RE:    *Families for Freedom v. ICE*, 08-cv-5566
            Filing proof of service of process

Dear Clerk of Court,

    Enclosed please find proof of service of process in the above referenced action. I respectfully request that the enclosed proof of service be filed.

                                                   Respectfully,

                                                     Peter L. Markowitz, Esq

cc:    Michael J. Garcia
        United States Attorney for the
          Southern District of New York
        86 Chambers Street
        New York City, NY 10007

Encl:   Proof of Service of Process