## CERTIFICATE OF SERVICE

I, Allison D. Penn, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 14, 2008, I caused a copy of the foregoing Answer to be served by Federal Express mail upon the following:

Peter Markowitz, Esq.
Assistant Clinical Professor of Law
Director, Immigration Justice Clinic
Cardozo Immigration Justice Clinic
Cardozo School of Law
Immigration Justice Clinic
55 Fifth Avenue
New York, N.Y. 10003
Tel No.: (212) 790-0340

Dated: New York, New York
August 14, 2007

/s/ Allison D. Penn
ALLISON D. PENN (AP-3787)
Assistant United States Attorney